UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE BLOOD REAGENTS ANTITRUST LITIGATION | MDL No. 2081 |
| THIS DOCUMENT RELATES TO: | |
| PROFESSIONAL RESOURCES MANAGEMENT OF CRENSHAW LLC D/B/A CRENSHAW COMMUNITY HOSPITAL, on behalf of itself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 09-04018-JD |
| vs. | |
| IMMUCOR, INC., ORTHO-CLINICAL DIAGNOSTICS, INC., and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

**TO THE CLERK**:

Please enter my appearance on behalf of Plaintiff Professional Resources Management of Crenshaw LLC d/b/a Crenshaw Community Hospital, in connection with the above-captioned matter.

Dated: October 15, 2009
      New York, New York

Respectfully submitted,

LABATON SUCHAROW LLP

By: _____
    Hollis L. Salzman
    140 Broadway
    New York, New York 10005
    Telephone: (212) 907-0700
    Facsimile: (212) 818-0477
    E-mail: hsalzman@labaton.com

**CERTIFICATE OF SERVICE**

I, Hollis L. Salzman, hereby certify that on this 15th day of October 2009, I filed with the Clerk of Court the foregoing Notice of Appearance to be filed via the Court's ECF system.

                                                                                                        */s/ Hollis L. Salzman*
                                                                                                           Hollis L. Salzman