IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE BLOOD REAGENTS ANTITRUST LITIGATION | Master File No. 2:09-MD-2081-JD<br>MDL: 2081 |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Jay S. Cohen of Spector Roseman Kodroff & Willis, P.C. on behalf of Plaintiffs in the above- captioned matter.

Dated: February 4, 2010

Respectfully submitted,

/s/ Jay S. Cohen
_____

Jay S. Cohen
**SPECTOR ROSEMAN**
 **KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
jcohen@srkw-law.com

*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

Jay S. Cohen, hereby certifies that on this 4th day of February 2010, I filed with the Clerk of Court the foregoing Notice of Appearance to be filed via the Court's ECF system.

/s/ Jay S. Cohen
Jay S. Cohen