# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BLOOD REAGENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL Docket No. 09-2081 |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of TAUS, CEBULASH & LANDAU, LLP, counsel for Plaintiff Larkin Community Hospital, has changed its mailing address, phone number, and facsimile number to the following:

TAUS, CEBULASH & LANDAU, LLP<br>
80 Maiden Lane, Suite 1204<br>
New York, New York 10038<br>
Tel: (212) 931-0704<br>
Fax: (212) 931-0703

Dated July 6, 2010

Respectfully submitted,

/s/ Barry Taus
Barry Taus
Archana Tamoshunas
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, New York 10038
Tel: (212) 931-0704
Fax (212) 931-0703
btaus@tcllaw.com
atamoshunas@tcllaw.com

*Counsel for Plaintiff Larkin Community Hospital*

## **CERTIFICATE OF SERVICE**

I hereby certify that this day, July 6, 2010, I caused to be filed and served through the Court's ECF system a true and correct copy of the foregoing Notice of Change of Firm Address.

/s/ Archana Tamoshunas