# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BLOOD REAGENTS ANTITRUST LITIGATION | ) ) ) ) ) ) )   MDL Docket No. 09-2081<br><br>ALL ACTIONS |

## NOTICE OF APPEARANCE

TO THE CLERK:

     Kindly enter the appearance of Joshua A. Mayes of Sutherland Asbill & Brennan LLP on behalf of Defendant Immucor, Inc. in the above-captioned matter.

Respectfully submitted this 15th day of November, 2010.

                        /s/ Joshua A. Mayes
                        Joshua A. Mayes
                        SUTHERLAND ASBILL & BRENNAN LLP
                        999 Peachtree Street, NE
                        Atlanta, GA 30309-3996
                        Tel:  (404) 853-8055
                        Fax:  (404) 853-8806
                        joshua.mayes@sutherland.com

                        *Attorney for Defendant Immucor, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of Court using the CM/ECF system, which constitutes service.

This 15th day of November, 2010.

/s/ Joshua A. Mayes
Joshua A. Mayes