IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BLOOD REAGENTS ANTITRUST LITIGATION | MDL No. 09-2081 |
| | ALL CASES |

## ORDER

**AND NOW**, this 14th day of December, 2010, upon consideration of Defendants' Motion for Reconsideration or for Certification of an Interlocutory Appeal (Document No. 102, filed September 7, 2010), Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Reconsideration or for Certification of an Interlocutory Appeal (Document No. 108, filed October 5, 2010), Reply Memorandum of Law in Support of Defendants' Motion for Reconsideration or for Certification of an Interlocutory Appeal (Document No. 109, filed October 13, 2010), and Plaintiffs' Sur-Reply Memorandum of Law in Opposition to Defendants' Motion for Reconsideration or for Certification of an Interlocutory Appeal (Document No. 111, filed October 19, 2010), for the reasons set forth in the Memorandum dated December 14, 2010, **IT IS ORDERED** as follows:

1. Defendants' Motion for Reconsideration (Document No. 102, filed September 7, 2010) is **DENIED**;

2. That part of Defendants' Motion for Certification of an Interlocutory Appeal (Document No. 102, filed September 7, 2010) pertaining to the Court's denial of Defendants' Motion for Stay of Discovery Pending Completion of Parallel Criminal Investigation is **DENIED AS MOOT**; and

3. That part of Defendants' Motion for Certification of an Interlocutory Appeal (Document

No. 102, filed September 7, 2010) pertaining to the Court's denial of defendants' motions to dismiss is **DENIED**.

BY THE COURT:

_____
JAN E. DUBOIS, J.

12-14-10 faxes to lead Counsel. see Attached