UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE BLOOD REAGENTS ANTITRUST LITIGATION | MDL No. 2081<br>Case No. 2:09-MD-02081 JD |
| THIS DOCUMENT RELATES TO:<br>*Professional Resources Management of Crenshaw LLC d/b/a Crenshaw Community Hospital v. Immucor, Inc. et al.*, No. 2:09-cv-04018-JD;<br><br>*Legacy Health System v. Immucor, Inc., et al.*, No. 2:09-cv-04222-JD; | |

## [PROPOSED] ORDER

AND NOW, this \_\_5th\_\_ day of \_\_JANUARY\_\_, 2011, upon consideration of the Motion of Gregory S. Asciolla of the law firm Labaton Sucharow LLP for Leave of Court to Withdraw the Appearance of Ryan G. Kriger on behalf of Plaintiffs Professional Resources Management of Crenshaw LLC d/b/a Crenshaw Community Hospital and Legacy Health Systems, it is hereby ORDERED and DECREED that the Motion is GRANTED.

Dated: 1\5 , 2011

IT IS SO ORDERED.

_____
Jan E. DuBois
United States District Judge