IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BLOOD REAGENTS ANTITRUST LITIGATION | MDL No. 09-2081<br><br>ALL CASES |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Amanda L. Wait of the law firm Hunton & Williams LLP on behalf of Defendant Immucor, Inc., in the above-captioned action.

                                      HUNTON & WILLIAMS LLP

Dated: February 28, 2011         By:   /s/_____
                                                  Amanda L. Wait (DC Bar No. 982117)
                                                  Hunton & Williams LLP
                                                  1900 K St. NW
                                                  Washington, DC 20006
                                                  Tel: 202-955-1500
                                                  Fax: 202-778-7423

                                                  Attorney for Defendant Immucor, Inc.

## CERTIFICATE OF SERVICE

I, Amanda L. Wait, hereby certify that on this 28th day of February 2011, I electronically filed the foregoing Entry of Appearance with the Court using the ECF System. The document is available for viewing and downloading on the ECF system.

/s/_____
Amanda L. Wait