IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: BLOOD REAGENTS ANTITRUST LITIGATION | : : : : : | MDL No. 09-2081<br><br>ALL CASES |

# O R D E R

**AND NOW**, this 16th day of February, 2012, following a Status Conference by telephone with the parties, through counsel, on said date, and counsel having reported that remaining discovery, taking into consideration that half of the case is settled, is proceeding with no disputes requiring Court intervention, **IT IS ORDERED** as follows:

1. The Court will hold a telephonic status conference with liaison counsel on Thursday, May 10, 2012, at 4:00 P.M. Liaison counsel for the defendants, Ortho-Clinical Diagnostics, Inc., and Johnson and Johnson Health Care Systems, Inc., Paul H. Saint-Antoine, Esquire, shall initiate the telephone conference. Any other attorneys interested in participating in the telephone status conference may do so.

The Court will address during the status conference any outstanding motions, settlement of plaintiffs' claims against defendants, Ortho-Clinical Diagnostics, Inc., and Johnson and Johnson Health Care Systems, Inc., and any other issues presented by the parties in a proposed agenda submitted to the Court no less than three (3) business days before the conference.

The May 10, 2012, telephone status conference will be recorded. Further telephone status conferences will be scheduled during the May 10, 2012, telephone conference;

2. Plaintiffs' Motion for Preliminary Approval of the Settlement and proposed Notice for Preliminary Approval of the Settlement shall be filed by February 23, 2012. In the event counsel

for plaintiffs require additional time by which to file and serve their Motion for Preliminary Approval of the Settlement and a proposed Notice for Preliminary Approval of the Settlement, in order to resolve any objections to the Motion, counsel for plaintiffs is granted such an extension. Defendants, Ortho-Clinical Diagnostics, Inc., and Johnson and Johnson Health Care Systems, Inc., shall have ten (10) days from service of the Motion for Preliminary Approval of the Settlement as to Immuncor, Inc., by which to file and serve objections to the Motion or to the Notice of Preliminary Approval of the Settlement; and,

      3. On or before May 7, 2012, counsel for plaintiffs and defendants, Ortho-Clinical Diagnostics, Inc., and Johnson and Johnson Health Care Systems, Inc., shall jointly report to the Court (letter to Chambers, Room 12613) with respect to whether they have reached a settlement. In the event plaintiffs' claims against Ortho-Clinical Diagnostics, Inc., and Johnson and Johnson Health Care Systems, Inc., are not settled on or before May 7, 2012, counsel shall include in their joint report a statement as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3 and the Mediation Protocol Under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings.

                                        **BY THE COURT:**

                                        **/s/ Jan E. DuBois**
                                        _____
                                        **JAN E. DUBOIS, J.**