IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BLOOD REAGENTS ANTITRUST LITIGATION | MDL Docket No. 09-2081<br><br>ALL CASES |

## STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

WHEREAS, the parties agree that an extension of dates in the Stipulation and Proposed Order for Extension of Time signed by the Court on April 16, 2012 is appropriate, in order to allow them to address certain scheduling issues, including those relating to expert discovery.

It is hereby STIPULATED and AGREED by the undersigned counsel that the dates set forth in the Court's Order of April 16, 2012 are adjusted as follows. As part of this STIPULATION, it is understood by the parties and their undersigned counsel that the agreed upon adjustment of dates for the expert reports has no impact on the question of whether the content of such reports is relevant to the Court's decision on class certification.

1. Expert Discovery

    a. Plaintiffs' expert reports on all issues other than class certification shall be served on or before July 27, 2012.

    b. Defendants shall depose plaintiffs' expert(s) and serve their expert reports on all issues other than class certification on or before September 27, 2012.

    c. Plaintiffs shall depose defendants' expert(s) and serve their reply expert reports on all issues other than class certification on or before November 27, 2012.

    d. Expert discovery on all issues other than class certification, including all depositions of said experts, shall close on December 14, 2012.

2. Dispositive Motions

    a. All dispositive motions shall be filed and served on or before February 15, 2013.

    b. Responses shall be filed and served on or before April 18, 2013.

    c. Reply briefs shall be filed and served on or before May 22, 2013.

Such extensions shall not affect any other dates or other matters set forth in the Court's Order of January 20, 2012, the Court's Order of February 16, 2012, the Court's Order of April 16, 2012, or in the Court's Case Management Orders Nos. 1, 2, and 3. Pursuant to Local Rule of Civil Procedure 5.1.2(9)(c), the undersigned attorneys have consented to the filing of this document by plaintiffs' Interim Lead Class Counsel.

Dated: July 13, 2012                        Respectfully Submitted,

| /s/ Paul H. Saint-Antoine | /s/ Jeffrey J. Corrigan |
|---|---|
| Paul H. Saint-Antoine | Eugene A. Spector |
| Joanne C. Lewers | Jeffrey J. Corrigan |
| Richard E. Coe | Jay S. Cohen |
| Chanda A. Miller | Rachel E. Kopp |
| DRINKER BIDDLE & REATH LLP | Jeffrey L. Spector |
| One Logan Square, Suite 2000 | SPECTOR ROSEMAN |
| Philadelphia, PA 19103 | KODROFF & WILLIS, P.C. |
| Tel: (215) 988-2700 | 1818 Market Street, Suite 2500 |
| | Philadelphia, PA 19103 |
| *Attorneys for Defendant Ortho-Clinical Diagnostics, Inc.* | Tel: (215) 496-0300 |
| | Fax: (215) 496-6611 |
| | *Plaintiffs' Interim Lead Class Counsel* |

|  | /s/ Michele D. Hangley<br>Michele D. Hangley<br>Sharon F. McKee<br>HANGLEY ARONCHICK SEGAL &<br>  PUDLIN<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>Tel: (215) 568-6200<br>Fax: (215) 568-0300<br><br>/s/ James R. McGibbon<br>James R. McGibbon<br>SUTHERLAND ASBILL & BRENNAN LLP<br>999 Peachtree Street, NE<br>Atlanta, GA 30309-3996<br>Tel: (404) 853-8122<br>Fax: (404) 853-8806<br><br>/s/ Thomas G. Slater<br>Thomas G. Slater<br>Douglas M. Garrou<br>Amanda L. Wait<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219<br>Tel: (804) 788-8200<br><br>*Attorneys for Defendant Immucor, Inc.* |
|---|---|

SO ORDERED, this 13th day of July, 2012

_____
Jan E. DuBois, J.