IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BLOOD REAGENTS ANTITRUST LITIGATION | : MDL No. 09-2081<br>:<br>: ALL CASES |

# O R D E R

**AND NOW**, this 22nd day of August, 2012, upon consideration of Plaintiffs' Motion for Class Certification (Document No. 140, filed September 16, 2011), Defendant Ortho-Clinical Diagnostics, Inc.'s Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Document No. 165, filed March 2, 2012), the Reply in Support of Plaintiffs' Motion for Class Certification (Document No. 180, filed May 24, 2012), and Defendant Ortho-Clinical Diagnostics, Inc.'s Surreply Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Document No. 184, filed July 2, 2012), after a hearing on July 26, 2012, and additional testimony on August 6, 2012, for the reasons set forth in the Memorandum dated August 22, 2012, **IT IS ORDERED** that Plaintiffs' Motion for Class Certification is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The following litigation class is hereby certified pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3): "All individuals and entities who purchased traditional blood reagents in the United States directly from Defendants Immucor, Inc., and Ortho-Clinical Diagnostics, Inc. at any time from January 1, 2000 through the present. Excluded from the Class are Defendants, and their respective parents, subsidiaries and affiliates, as well as any federal government entities."

2. Class claims, issues, and defenses are those detailed in the Memorandum of August 22, 2012, and the affirmative defenses raised in the answer of Ortho-Clinical Diagnostics, Inc.

3. The law firm of Spector Roseman Kodroff & Willis, P.C., is hereby appointed as counsel to the class.

4. Within 30 days of the date of this Order, the parties shall submit an agreed-upon proposed notice program and forms of notice to class members. If the parties are unable to agree as to the proposed notice program and/or forms of notice, they shall submit separate proposals.

                                                  **BY THE COURT:**

                                                  **/s/ Hon. Jan E. DuBois**
                                                        **JAN E. DUBOIS, J.**