# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BLOOD REAGENTS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) MDL Docket No. 09-2081<br><br>ALL CASES |

## STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

WHEREAS, the parties agree that an extension of dates in the Stipulation and Proposed Order for Extension of Time signed by the Court on July 13, 2012 is appropriate, in order to allow them to address certain scheduling issues, including those relating to expert discovery.

It is hereby STIPULATED and AGREED by the undersigned counsel that the dates set forth in the Court's July 13, 2012 Order and at the July 26, 2012 hearing are adjusted as follows.

1. Discovery

    a. Plaintiffs shall supplement their responses to Interrogatory Nos. 1-3 of Defendants' First Joint Interrogatories and their responses to Ortho-Clinical Diagnostics Inc.'s First Set of Requests for Admissions and Accompanying Interrogatories and Requests for Production of Documents by January 18, 2013.

2. Expert Discovery

    a. Defendant shall depose plaintiffs' expert(s) and serve their expert reports on all issues other than class certification on or before October 26, 2012.

    b. Plaintiffs shall depose defendants' expert(s) and serve their reply expert reports on all issues other than class certification on or before January 4, 2013.

    c. Expert discovery on all issues other than class certification, including all depositions of said experts, shall close on January 21, 2013.

3. Dispositive Motions

    a. All dispositive motions shall be filed and served on or before March 25, 2013.

    b. Responses shall be filed and served on or before May 24, 2013.

    c. Reply briefs shall be filed and served on or before June 28, 2013.

Such extensions shall not affect any other dates or other matters set forth in the Court's Order of January 20, 2012; the Court's Order of February 16, 2012; the Court's Order of April 16, 2012; the Court's Order of July 16, 2012; or in the Court's Case Management Orders Nos. 1, 2, and 3.

Pursuant to Local Rule of Civil Procedure 5.1.2(9)(c), the undersigned attorneys have consented to the filing of this document by counsel for Ortho-Clinical Diagnostics, Inc.

Dated: September 7, 2012

Respectfully Submitted,

/s/ Paul H. Saint-Antoine
Paul H. Saint-Antoine
Joanne C. Lewers
Richard E. Coe
Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA 19103
Tel: (215) 988-2700
Fax: (215) 988-2757

*Attorneys for Defendant Ortho-Clinical Diagnostics, Inc.*

/s/ Jeffrey J. Corrigan
Eugene A. Spector
Jeffrey J. Corrigan
Jay S. Cohen
Rachel E. Kopp
Jeffrey L. Spector
SPECTOR ROSEMAN
   KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611

*Plaintiffs' Lead Class Counsel*

SO ORDERED, this 18th day of September 2012

_____
Jan E. DuBois, J.

[Handwritten note: 9-19-12 fax copy to lead counsel (see attached)]

2

```
**************** -COMM. JOURNAL- ******************** DATE SEP-19-2012 ***** TIME 12:37 ********

              MODE = MEMORY TRANSMISSION           START=SEP-19 12:35     END=SEP-19 12:37

              FILE NO.=670

STN    COMM.    ONE-TOUCH/   STATION NAME/TEL NO.                         PAGES      DURATION
NO.             ABBR NO.

001    OK       ≅            92154966611                                  003/003    00:00:33
002    OK       ≅            92159882757                                  003/003    00:00:48
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### FAX COVER SHEET

**DATE:** September 19, 2012

**TO:** Jeffery J. Corrigan, Esq.    215-496-6611
Paul Saint-Antoine, Esq.    215-988-2757

**FROM:** George Wylesol, Deputy Clerk to Honorable Jan E. DuBois
**Phone:** 267-299-7339
**Fax No.:** 215-580-2141

**Message:** In Re: Blood Reagents Antitrust Litigation    MDL 09-2081

**Total Number of Pages (Including Cover Sheet):** 3