IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BLOOD REAGENTS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 2081<br><br>MASTER FILE NO. 09-MD-2081 |

## O R D E R

**AND NOW**, this 19th day of October, 2015, upon consideration of Plaintiffs' Motion for Class Certification (Document No. 140, filed September 16, 2011); Defendant Ortho-Clinical Diagnostics, Inc.'s Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Document No. 165, filed March 2, 2012); the Reply in Support of Plaintiffs' Motion for Class Certification (Document No. 180, filed May 24, 2012); Defendant Ortho-Clinical Diagnostics, Inc.'s Surreply Memorandum in Opposition to Plaintiffs' Motion for Class Certification (Document No. 184, filed July 2, 2012); Defendant Ortho-Clinical Diagnostics, Inc.'s Opening Post-Remand Class Certification Brief (Document No. 245, filed June 26, 2015); Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification on Remand (Document No. 246, filed June 26, 2015); Defendant Ortho-Clinical Diagnostics, Inc.'s Post-Remand Reply Brief on Class Certification (Document No. 247, Filed July 10, 2015); Plaintiffs' Reply Memorandum of Law In Support Of Plaintiffs' Motion for Class Certification on Remand (Document No. 248, filed July 10, 2015); following a class certification hearing on July 26, 2012, additional testimony on August 6, 2012, and oral argument on post–remand issues on July 21, 2015, and July 22, 2015; for the reasons set forth in the Memorandum dated October 19, 2015, **IT IS ORDERED** that Plaintiffs' Motion for Class Certification is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The following class is hereby certified pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3): "All individuals and entities who purchased traditional blood reagents in the United States directly from defendants Immucor, Inc., and Ortho-Clinical Diagnostics, Inc. at any time from November 4, 2000 through the present. Excluded from the Class are defendants, and their respective parents, subsidiaries and affiliates, as well as any federal government entities."

2. The following plaintiffs are certified as the representatives of the Class: Plaintiffs F. Baragano Pharmaceuticals, Inc., Community Medical Center Health Care System, Professional Resources Management of Crenshaw LLC d/b/a Crenshaw Community Hospital, Douglas County Hospital, Health Network Laboratories L.P., Larkin Community Hospital, Legacy Health System, Mary Hitchcock Memorial Hospital, Inc., Regional Medical Center Board d/b/a Northeast Alabama Regional Medical Center, Sacred Heart Hospital of the Hospital Sisters of the Third Order of St. Francis, St. Anthony's Memorial Hospital of the Hospital Sisters of the Third Order of St. Francis, St. Elizabeth's Hospital of the Hospital Sisters of the Third Order of St. Francis, St. Francis Hospital of the Hospital Sisters of the Third Order of St. Francis, St. John's Hospital of the Hospital Sisters of the Third Order of St. Francis, St. Joseph's Hospital, Breese, of the Hospital Sisters of the Third Order of St. Francis, St. Joseph's Hospital of the Hospital Sisters of the Third Order of St. Francis (Chippewa Falls), St. Joseph's Hospital of the Hospital Sisters of the Third Order of St. Francis (Highland), St. Mary's Hospital Medical Center of Green Bay, Inc., St. Mary's Hospital, Streator, of the Hospital Sisters of the Third Order of St. Francis, St. Mary's Hospital, Decatur, of the Hospital Sisters of the Third Order of St. Francis, St. Nicholas Hospital of the Hospital Sisters of the Third Order of St. Francis, St.

Vincent Hospital of the Hospital Sisters of the Third Order of St. Francis, Schuylkill Medical Center- East Norwegian Street, Schuylkill Medical Center- South Jackson Street, and Warren General Hospital."

3. Class claims, issues, and defenses are those detailed in the Memorandum of October 19, 2015, and the affirmative defenses raised in the Answer of Ortho-Clinical Diagnostics, Inc.

4. The law firm of Spector Roseman Kodroff & Willis, P.C., is hereby appointed as counsel to the class.

5. Within 30 days of the date of this Order, the parties shall submit an agreed-upon proposed notice program and a form of notice to class members. If the parties are unable to agree as to the proposed notice program and/or form of notice, they shall submit separate proposals.

                                                **BY THE COURT:**

                                                /s/ Hon. Jan E. DuBois
                                              **DuBOIS, JAN E., J.**