IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>BLOOD REAGENTS ANTITRUST<br>LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 2081<br><br>MASTER FILE NO. 09-MD-2081 |

## O R D E R

**AND NOW**, this 6th day of January, 2016, following a telephone conference with the parties, through counsel, on January 5, 2016, in which changes to the proposed class notices and the scheduling of further proceedings were discussed, **IT IS ORDERED** that, on or before January 19, 2016, plaintiffs shall submit a letter to Chambers (Room 12613) and opposing counsel that sets forth all proposed changes to Exhibits A and B of Plaintiff's Unopposed Motion for Approval of Proposed Forms of Class Notice and Notice Program (Document No. 266, filed November 17, 2015), including but not limited to the insertion of the necessary dates and other information that had been omitted.

**IT IS FURTHER ORDERED** that the parties shall meet and confer in an effort to reach agreement as to the scheduling of further proceedings, and submit a joint proposed schedule to the Court on or before January 19, 2016.

**IT IS FURTHER ORDERED** that a telephone status conference with the parties, through counsel, is **SCHEDULED** for Monday, January 25, 2016, at 4:00 PM. Liaison counsel for defendant, Paul H. Saint-Antoine, Esquire, shall initiate the telephone conference. Any other attorneys interested in participating in the telephone status conference may do so. The Court will address during the status conference the class notice and scheduling issues, and any other issues presented by the parties in a proposed agenda submitted to the Court no less than three (3)

business days before the conference. The January 25, 2016 telephone conference will be recorded. Further telephone status conferences will be scheduled during the January 25, 2016 telephone conference.

BY THE COURT:

/s/ Jan E. DuBois
DuBOIS, JAN E., J.