IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: BLOOD REAGENTS ANTITRUST LITIGATION** | **MDL Docket No. 09-2081** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | |

### ORDER

**AND NOW**, this 25th day of May, 2023, upon receipt of updated information from the Parties concerning the funds left in the Net Settlement Fund following certain tax payments, it is **ORDERED** that the Court's prior Order Granting Plaintiffs' Motion For *Cy Pres* Distribution Of Remaining Net Settlement Fund (ECF No. 482) is **AMENDED** as follows:

1. The claims administrator, KCC Class Action Services, LLC, shall disburse the net residual amount of $28,853.38 to The Leukemia & Lymphoma Society ("LLS"), as soon as practicable.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.